# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-3670
_____

Latreka Jones

*Plaintiff - Appellant*

v.

Capella University; Julie Johnson; Shannon Stordahl; Joe Rennie, Sr. Learners
Affairs Associates; Dr. Jennifer Raymar, President's Designee for Academic Appeals

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: June 9, 2021
Filed: June 14, 2021
[Unpublished]
_____

Before ERICKSON, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Latreka Jones appeals the district court's[1] dismissal of her pro se complaint against Capella University (Capella), a Minnesota for-profit online university, and four Capella employees, and the denial of her motion to amend her complaint. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Montin v. Moore</u>, 846 F.3d 289 (8th Cir. 2017) (de novo review of Fed. R. Civ. P. 12(b)(6) dismissal); <u>Zutz v. Nelson</u>, 601 F.3d 842, 850 (8th Cir. 2010) (ordinarily, denial of leave to amend is reviewed for abuse of discretion, but when district court denies leave on basis of futility, this court reviews underlying legal conclusions de novo; amendment is futile when it could not survive a motion to dismiss under Rule 12(b)(6)). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.